Isaias Zesati **RUIZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–70955.**

United States Court of Appeals, Ninth Circuit.

July 14, 2010.

Isaias Zesati Ruiz, Taft, CA, pro se.

Mandy Ruff, Taft, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

ORDER

Zesati Ruiz's habeas petition was filed in district court on September 13, 2005. The petition was therefore improperly transferred to this court because it was not pending on May 11, 2005, the enactment date of the REAL ID Act. *See* Pub.L. No. 109–13, 119 Stat. 231, 311, § 106(c); *see also Alvarez–Barajas v. Gonzales,* 418 F.3d 1050, 1052 (9th Cir.2005).

**REMANDED to the district court.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).